Mike Kassa and Sophia Kassa, appellees, v. Celia Goldrich, appellant. Gen. No. 24,528.

Action of assumpsit for money loaned. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed July 16, 1919.

Franklin S. Catlin and Louis Rieger, for appellant. A. A. Worsley, for appellees; Lawrence Harmon, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

## SECOND DISTRICT.

A. Weinberg, appellee, v. Chicago & Northwestern Railway Company, appellant. Gen. No. 6,607.

Action to recover damages to freight by freezing during transportation. Judgment for plaintiff. Appeal from the Circuit Court of Winnebago county; the Hon. A. H. Frost and Hon. Robert K. Welsh, Judges, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed July 18, 1919.

Stanton A. Hyer, for appellant. William G. Wheeler, of counsel. J. E. Goembel and Walter E. Healy, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

Alvin Sullivan, defendant in error, v. William Ohlhaver Company, plaintiff in error. Gen. No. 6,650.

Action to recover for personal injuries sustained in collision between automobiles and truck. Judgment for plaintiff. Error to the Circuit Court of Kane county; the Hon. C. F. Irwin, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed July 18, 1919.

Alfred Roy Hulbert, Truman Henry Miner and Mighell, Gunsul & Allen, for plaintiff in error; Alfred Roy Hulbert of counsel. Alschuler, Putnam & Flannigan, for defendant in error.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

Lillian Ash, appellee, v. Blanche I. Laukhuf et al., appellants. Gen. No. 6,659.

Suit to foreclose trust deed and appoint receiver to collect rent. Decree for complainant. Appeal from the Circuit Court of Peoria county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed July 18, 1919.

George K. Beasley, for appellants. Covey, Campbell & Covey, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.